c/o Abel Acosta,

RECEIVED IN
COURT OF CRIMINAL APPEALS

FEB 26 2015

Abel Acosta, Clerk

222.15

I hope this letter finds you well.

This is in reference to the copy of my P.D.R. I sent to you. You said, you submitted in the records. I explained to you that it was my only copy, for my personal records. That I needed it back, for my records.

Since then I have sent an I-60 to mail room at Polunsky unit, and they replied, they recieved it on 10·13·14 and mailed it on 10·14·14 of this is the date it was due, so I fall under the mail box rule. What due I need to file to recall MANDATE, and start my time over for my 11.07 and 2254, because I thought my P.D.R. was in your court, until I wrote to you the first time and explained my situation, and sent my only copy of my P.D.R.

over➝

that I have to you, and I really need it back for my personal records.

I'm sending you the copy of the I-60 for written proof.

I'm sending a letter to the Post-master in Livingston Tx, to trace my legal mail!

What do I need to do or file to fix this, I really need my whole year.

I would also like to have 30 days to file another P.D.R. or a Supplement to that on. Could you please assist me any way you can in this matter.

GOD BLESS!

Sincerly
Billy Willingham
#1874584

SUBJECT: State briefly the problem on which you desire assistance.

Yes, I received a certified of criminal Appeals in Austin sent to a Postcard sent them not sent out on October 13 2014 indigent mail. Do claim don't know what's going on serious would of up Please it-302 form facility will legal mail out on 13th & 13th of...

Name: Billy Willingham

Living Quarters: 11-41

DISPOSITION: (Inmate will not write in this space)

I can't give you copies of of legal mail received in here court of criminal Appeals. Both ma...

MAILBox Ru...

☆I-60 (Rev. 11-90)

the court

...27 2015 in response

...my P.O. that

...Voluntary Unit

...received my P.B.R.

...coming with my...

...on my records on...

...So I can send it to them

THANKS

4584

Unit: Polunsky

ment: 1/5 Mel s/#7 9:00 to 15:00

...books. We do have 2 pieces

...michael west a

...ult